Mark S. Burke
46 Kingwood Greens Dr
Kingwood, TX 77339

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 1 2 2015

CHRISTOPHER A. PRINE
CLERK

9 June, 2015


Court of Appeals
First District of Texas
301 Fannin St
Houston, Texas  77002-2066


Dear Sir or Madam,


**RE: Request for copy of Supplemental Clerk's Record per letter dated 29 May (encl.)**

**Court of Appeals Number:  01-14-01028-CV - Trial Court Case Number:  2014-63727**


I refer to above and now enclose one legal sized USPS Priority Mail Prepaid envelope for your convenience in order that you may send a copy of the Clerks' Supplemental Record by return.

If you have any questions or comments, please do not hesitate to contact me via email at mark@browserweb.com or phone 832-654-3511 or fax 866-705-0576. Thanking you in advance.


Sincerely,

Mark Burke

Encl.



FILED
Chris Daniel
District Clerk
MAY 29 2015
Harris County, Texas
Time:
By_____ Deputy

CONFIRMED FILE DATE: 5/29/2015



**COURT OF APPEALS, FIRST DISTRICT**
301 Fannin Street
Houston, Texas 77002-2066

May 29, 2015

RE:     Case No. 01-14-01028-CV

Style: Browserweb Media Agency, Mark Burke
       v.  Maxus Energy Corporation

    Please be advised a  supplemental clerk's record was filed in the above referenced cause on May 29, 2015.

T. C. Case # 2014-63727          Christopher A. Prine, Clerk of the Court

_____

The Honorable Harris County  District Clerk's Office
 - Civil
Harris County District Clerk - Civil
201 Caroline, Ste 420
Houston, TX  77002
*DELIVERED VIA E-MAIL*



**COURT OF APPEALS, FIRST DISTRICT**
301 Fannin Street
Houston, Texas 77002-2066

May 29, 2015

RE:     Case No. 01-14-01028-CV

Style: Browserweb Media Agency, Mark Burke
       v.  Maxus Energy Corporation

    Please be advised a  supplemental clerk's record was filed in the above referenced cause on May 29, 2015.

TT. C. Case # 2014-63727          Christopher A. Prine, Clerk of the Court

_____

The Honorable Harris County  District Clerk's Office
 - Civil
Harris County District Clerk - Civil
201 Caroline, Ste 420
Houston, TX  77002
*DELIVERED VIA E-MAIL*

Unofficial Copy Office of Chris Daniel District Clerk